Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954.1690
mkogan@koganlawfirm.com

Attorneys for Debtor

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>      Debtor.<br><br>———————————————<br><br>JEFFREY SIEGAL, SUCCESSOR TRUSTEE, SCOTT TRUST AGREEMENT DATED DECEMBER 24, 1992,<br><br>      Plaintiff,<br><br>v.<br><br>LESLIE KLEIN,<br><br>      Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. No. 2:23-ap-01154-SK<br><br>**STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:    August 9, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575<br><br>**Requested Status Conference Date:**<br>Date:    September 6, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575<br><br>**Present Status Conference Date:**<br>Date:    September 6, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575 |

    This Stipulation (1) to Extend Time to Respond to Complaint, and (2) to Continue Status Conference is entered into by Plaintiff, Jeffrey Siegal, Successor Trustee, Scott Trust Agreement

---

**STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) TO CONTINUE STATUS CONFERENCE**

Dated December 24, 1992 (the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, with reference to the following facts:

A. .On May 12, 2023, Plaintiff, Jeffrey Siegal, Successor Trustee, Scott Trust Agreement Dated December 24, 1992 filed the Complaint To Deny Discharge of Debt and Denial of Discharge ("**Complaint**") against the Defendant Leslie Klein [Doc #1].

B. On May 12, 2023, the Court's Summons & Notice of Status Conference ("**Summons**") [Doc #3] set June 12, 2023 as the Defendant's deadline to respond to the Complaint, and a status conference on the matter for August 9, 2023 at 9:00 a.m. (the "**Status Conference**").

C. On June 12, 2023, Klein's then counsel Eric Olson ("**Olson**"), who had just been recently on May 23, 2023, substituted in as counsel for Klein (Doc #150) requested a 30-day extension to respond to the Complaint, and represented that the Defendant needed time to retain experienced bankruptcy counsel for the adversary proceeding.

D. On June 12, 2023, the parties executed and signed a Stipulation to Extend Time to Respond to the Complaint. [Doc #7].

E. On June 13, 2023, the Court signed the Order on Stipulation to Extend Time to Respond to the Complaint, continuing Defendant's response date to July 12, 2023. [Doc #9].

F. On July 7, 2023, Klein's then counsel Eric Olson ("**Olson**"), who had just been recently substituted in as counsel for Klein on May 23, 2023 (Doc #150) requested an extension to respond to the Complaint, and represented that the Defendant needed time to retain experienced bankruptcy counsel for the adversary proceeding.

G. In connection with the Complaint, the Plaintiff is satisfied that the Defendant has hired experienced competent bankruptcy counsel (Michael Kogan of the Kogan Law Firm, APC – who has substituted in on July 24, 2023) who is familiar with both the issues in this adversary proceeding, and the rules and procedures of this Court, to enable the adversary proceeding to proceed in a normal manner.

H. The Parties have agreed to continue the time to respond to the Complaint to August 15, 2023 and that the Status Conference be continued to September 6, 2023 at 9:00 a.m., or such later

date and time as the Court deems proper, to enable the Status Conference to be more meaningful for all Parties.

**WHEREFORE**, it is hereby stipulated by the Parties, through their respective attorneys, as follows:

1. Defendant's time to respond to the Complaint shall be extended to and including August 15, 2023.
2. The Status Conference for the Complaint shall be continued from August 9, 2023 at 9:00 a.m. to September 6, 2023 at 9:00 a.m., or such later date and time as the Court deems proper.

DATED: July 24, 2023    KOGAN LAW FIRM, APC
Michael S. Kogan

By: /s/ Michael S. Kogan
Michael S. Kogan
Attorneys for Defendant

DATED: July 24, 2023    MAYER LAW Group, A.P.C.
Steven M. Meyer

By: _____
Steven M. Meyer
Attorneys for Plaintiff

| In re: LESLIE KLEIN | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| Jeffrey Siegel, *Successor Trustee, Scott Trust Agreement dated December 24, 1992* v Leslie Klein | Adv. No. 2:23-ap-01154-SK |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document described as **STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 24, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 24, 2023**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 24, 2023** | Pamela Lynn | /s/*Pamela Lynn* |
| Date | Type Name | Signature |

| In re: LESLIE KLEIN | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| Jeffrey Siegel, *Successor Trustee, Scott Trust Agreement dated December 24, 1992* v Leslie Klein | Adv. No. 2:23-ap-01154-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    Steven M Mayer (PL)  smayer@mayerlawla.com
    Nathan Talei (PL) ntalei@oclslaw.com
    Eric J Olson eric@EJOlsonLaw.com
    Michael I. Gottfried (IP) mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
    Nikko Salvatore Stevens (IP) nikko@cym.law, mandi@cym.law
    United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
    Clarisse Young (IP) youngshumaker@smcounsel.com, levern@smcounsel.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

    Hon. Sandra Klein
    U.S. Bankruptcy Court
    255 E. Temple St. #1582
    Los Angeles, CA 90012