Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

FILED & ENTERED

JUL 25 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rrey       DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>      Debtor.<br>_____<br>JEFFREY SIEGAL, SUCCESSOR TRUSTEE, SCOTT TRUST AGREEMENT DATED DECEMBER 24, 1992,<br><br>      Plaintiff,<br><br>      v.<br><br>LESLIE KLEIN,<br><br>      Defendant. | Case No. 2:23-bk-10990-SK<br><br>**Chapter 11**<br><br>Adv. No. 2:23-ap-01154-SK<br><br>**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:    August 9, 2023<br>Time:   9:00 a.m.<br>Place:  Courtroom 1575<br><br>**Requested Status Conference Date:**<br>Date:    September 6, 2023<br>Time:   9:00 a.m.<br>Place:  Courtroom 1575 |

The Court having considered the "Stipulation (1) to Extend Time to Respond to Complaint, (2) to Continue Status Conference" ("Stipulation"), Docket # 13, entered into by Plaintiff Jeffrey Sigel, Successor Trustee, Scott Trust Agreement Dated December 24, 1992 (the

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) TO CONTINUE STATUS CONFERENCE**

"**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, having found that notice is proper, and based upon the Stipulation;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. Defendant's time to respond to the Complaint shall be extended to and including August 15, 2023.

3. The Status Conference for the Complaint shall be continued from August 9, 2023 at 9:00 a.m. to September 6, 2023 at 9:00 a.m.

###

Date: July 25, 2023

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) TO CONTINUE STATUS CONFERENCE