1    Michael S. Kogan (SBN 128500)
     **KOGAN LAW FIRM, APC**
2    11500 W. Olympic Blvd., Suite 400
     Los Angeles, California 90064
3    Telephone (310) 954.1690
     mkogan@koganlawfirm.com
4
     Attorneys for Debtor
5

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                         **LOS ANGELES DIVISION**

10   **In re**                          )    **Case No. 2:23-bk-10990-SK**
                                        )
11   **LESLIE KLEIN,**                   )    **Chapter 11**
                                        )
12            **Debtor.**                )
                                        )    **Adv. No. 2:23-ap-01154-SK**
13   _____    )
                                        )
14   **JEFFREY SIEGAL, SUCCESSOR**       )
     **TRUSTEE, SCOTT TRUST**            )
15   **AGREEMENT DATED DECEMBER 24,**    )    **ANSWER TO COMPLAINT TO DENY**
     **1992,**                           )    **DISCHARGE OF DEBT AND DENIAL OF**
16                                      )    **DISCHARGE**
                                        )
17            **Plaintiff,**             )
                                        )
18        **v.**                         )
                                        )    **Status Conference Date:**
19   **LESLIE KLEIN,**                    )    **Date:      September 6, 2023**
                                        )    **Time:      9:00 a.m.**
20            **Defendant.**             )    **Place:     Courtroom 1575**
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      )
     _____    )
25

26
          Comes now the Defendant, Leslie Klein ("**Defendant**") for itself only, and for its answer to
27
     the Complaint To Deny  Discharge of Debt and Denial of Discharge  (the "**Complaint**") filed by
28

---
        **ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

1  Jeffrey Siegal, Successor Trustee, Scott Trust Agreement Dated December 24, 1992 ( the

2  "**Plaintiff**"), and states as follows: follows:

3  <div align="center">**STATEMENT OF CONSENT**</div>

4    1.   The Defendant admits the allegations contained in paragraph 1 of the Complaint, and

5  consents to entry of final orders or judgment by the bankruptcy court.

6  <div align="center">**JURISDICTION AND VENUE**</div>

7    2.   The Defendant admits the allegations contained in paragraph 2 of the Complaint.

8    3.   The Defendant admits the allegations contained in paragraph 3 of the Complaint.

9    4.   The Defendant admits the allegations contained in paragraph 4 of the Complaint.

10   5.   The Defendant admits the allegations contained in paragraph 5 of the Complaint.

11   6.   The Defendant admits the allegations contained in paragraph 6 of the Complaint.

12  <div align="center">**INTRODUCTORY ALLEGATIONS**</div>

13   7.   The Defendant admits the allegations contained in paragraph 7 of the Complaint.

14   8.   The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

15  allegations contained in paragraph 8, which are therefore denied.

16  <div align="center">**THE PARTIES**</div>

17   9.   The Defendant admits the allegations contained in paragraph 9 of the Complaint.

18   10. The Defendant admits the allegations contained in paragraph 10 of the Complaint.

19   11. The Defendant admits the allegations contained in paragraph 11 of the Complaint.

20   12. The Defendant admits the allegations contained in paragraph 12 of the Complaint, other

21  than that Klein is a licensed member of the Board of Accountancy at all relevant times, which he

22  denies.

23  <div align="center">**GENERAL ALLEGATIONS**</div>

24   13. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

25  allegations contained in paragraph 13, which are therefore denied.

26   14. The Defendant admits the allegations contained in paragraph 14 of the Complaint.

27   15. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

28  allegations contained in paragraph 15, which are therefore denied.

<div align="center">2</div>

<div align="center">**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**</div>

16. The Defendant admits the allegations contained in paragraph 16 of the Complaint.

17. The Defendant admits the allegations contained in paragraph 17 of the Complaint.

18. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 18, which are therefore denied.

19. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 19, which are therefore denied.

20. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 20, which are therefore denied.

21. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 21, which are therefore denied.

22. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 22, which are therefore denied.

23. The Defendant admits the allegations contained in paragraph 23 of the Complaint.

24. The Defendant admits the allegations contained in paragraph 24 of the Complaint.

25. The Defendant admits the allegations contained in paragraph 25 of the Complaint.

26. The Defendant admits the allegations contained in paragraph 26 of the Complaint, other than the reference to "material deficiencies".

27. The Defendant admits the allegations contained in paragraph 27 of the Complaint.

28. The Defendant admits the allegations contained in paragraph 28 of the Complaint.

29. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 29, which are therefore denied.

30. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 30, which are therefore denied.

31. The Defendant admits the allegations contained in paragraph 31 of the Complaint.

32. The Defendant admits the allegations contained in paragraph 32 of the Complaint.

33. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 33, which are therefore denied.

34. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

1  allegations contained in paragraph 34, which are therefore denied.

2  35. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

3  allegations contained in paragraph 35, which are therefore denied.

4  36. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

5  allegations contained in paragraph 36, which are therefore denied.

6  37. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

7  allegations contained in paragraph 37, which are therefore denied.

8  38. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

9  allegations contained in paragraph 38, which are therefore denied.

10  39. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

11  allegations contained in paragraph 39, which are therefore denied.

12  40. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

13  allegations contained in paragraph 40, which are therefore denied.

14  41. The Defendant admits the allegations contained in paragraph 41 of the Complaint.

15  42. The Defendant admits the allegations contained in paragraph 42 of the Complaint.

16  43. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

17  allegations contained in paragraph 43, which are therefore denied.

18  44. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

19  allegations contained in paragraph 44, which are therefore denied.

20  45. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

21  allegations contained in paragraph 45, which are therefore denied.

22  46. The Defendant admits the allegations contained in paragraph 46 of the Complaint.

23  47. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

24  allegations contained in paragraph 47, which are therefore denied.

25  48. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

26  allegations contained in paragraph 48, which are therefore denied.

27  49. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

28  allegations contained in paragraph 49, which are therefore denied.

4
**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

1    50. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

2    allegations contained in paragraph 50, which are therefore denied.

3    51. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

4    allegations contained in paragraph 51, which are therefore denied.

5    52. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

6    allegations contained in paragraph 52, which are therefore denied.

7    53. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

8    allegations contained in paragraph 53, which are therefore denied.

9    54. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

10    allegations contained in paragraph 54, which are therefore denied.

11    55. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

12    allegations contained in paragraph 55, which are therefore denied.

13    56. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

14    allegations contained in paragraph 56, which are therefore denied.

15    57. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

16    allegations contained in paragraph 58, which are therefore denied.

17    58. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

18    allegations contained in paragraph 58, which are therefore denied.

19    59. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

20    allegations contained in paragraph 59, which are therefore denied.

21    60. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

22    allegations contained in paragraph 60, which are therefore denied.

23    61. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

24    allegations contained in paragraph 61, which are therefore denied.

25    62. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

26    allegations contained in paragraph 62, which are therefore denied.

27    63. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

28    allegations contained in paragraph 63, which are therefore denied.

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

1    64. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

2    allegations contained in paragraph 64, which are therefore denied.

3    65. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

4    allegations contained in paragraph 65, which are therefore denied.

5    66. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

6    allegations contained in paragraph 66, which are therefore denied.

7    67. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

8    allegations contained in paragraph 67, which are therefore denied.

9                                    **FIRST CLAIM FOR RELIEF**

10                **(11 U.S.C. § 523(A)(2)(a) – (Fraud, False Pretenses, False Representations))**

11    68. The Defendant incorporates each and every response contained in paragraphs 1 through 67,

12    inclusive, as though fully set forth herein.

13    69. The Defendant admits the allegations contained in paragraph 69 of the Complaint.

14    70. The Defendant admits the allegations contained in paragraph 70 of the Complaint.

15    71. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

16    allegations contained in paragraph 71, which are therefore denied.

17    72. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

18    allegations contained in paragraph 72, which are therefore denied.

19    73. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

20    allegations contained in paragraph 73, which are therefore denied.

21    74. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

22    allegations contained in paragraph 74, which are therefore denied.

23    75. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

24    allegations contained in paragraph 75, which are therefore denied.

25    76. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

26    allegations contained in paragraph 76, which are therefore denied.

27    77. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

28    allegations contained in paragraph 77, which are therefore denied.

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

**SECOND CLAIM FOR RELIEF**

**(11 U.S.C. § 523(A)(4) – (Fraud or Defalcation in a Fiduciary Capacity))**

78. Missed Numbering.

79. Missed Numbering.

80. Missed Numbering.

81. The Defendant incorporates each and every response contained in paragraphs 1 through 67, inclusive, as though fully set forth herein.

82. The Defendant admits the allegations contained in paragraph 82 of the Complaint.

83. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 83, which are therefore denied.

84. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 84, which are therefore denied.

85. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 85, which are therefore denied.

86. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 86, which are therefore denied.

87. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 87, which are therefore denied.

88. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 88, which are therefore denied.

89. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 89, which are therefore denied.

90. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 90, which are therefore denied.

91. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 91, which are therefore denied.

92. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 92, which are therefore denied.

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

1    93. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

2    allegations contained in paragraph 93, which are therefore denied.

3    94. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

4    allegations contained in paragraph 94, which are therefore denied.

5    **THIRD CLAIM FOR RELIEF**

6    **(11 U.S.C. § 523(A)(4) – (Embezzlement))**

7    95. The Defendant incorporates each and every response contained in paragraphs 1 through 67,

8    inclusive, as though fully set forth herein.

9    96. The Defendant admits the allegations contained in paragraph 96 of the Complaint.

10    97. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

11    allegations contained in paragraph 97, which are therefore denied.

12    98. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

13    allegations contained in paragraph 98, which are therefore denied.

14    99. The Defendant lacks sufficient information to form a belief as to the truth or falsity of the

15    allegations contained in paragraph 99, which are therefore denied.

16    100.       The Defendant lacks sufficient information to form a belief as to the truth or falsity

17    of the allegations contained in paragraph 100, which are therefore denied.

18    101.       The Defendant lacks sufficient information to form a belief as to the truth or falsity

19    of the allegations contained in paragraph 101, which are therefore denied.

20    102.       The Defendant lacks sufficient information to form a belief as to the truth or falsity

21    of the allegations contained in paragraph 102, which are therefore denied.

22    **FOURTH CLAIM FOR RELIEF**

23    **(11 U.S.C. § 523(A)(4) – (Larceny))**

24    103.       The Defendant incorporates each and every response contained in paragraphs 1

25    through 67, inclusive, as though fully set forth herein.

26    104.       The Defendant admits the allegations contained in paragraph 104 of the Complaint.

27    105.       The Defendant lacks sufficient information to form a belief as to the truth or falsity

28    of the allegations contained in paragraph 105, which are therefore denied.

8

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

1    106.    The Defendant lacks sufficient information to form a belief as to the truth or falsity

2    of the allegations contained in paragraph 106, which are therefore denied.

3    107.    The Defendant lacks sufficient information to form a belief as to the truth or falsity

4    of the allegations contained in paragraph 107, which are therefore denied.

5    108.    The Defendant lacks sufficient information to form a belief as to the truth or falsity

6    of the allegations contained in paragraph 108, which are therefore denied.

7    **FIFTH CLAIM FOR RELIEF**

8    **(11 U.S.C. § 523(a)(6) – (Willful and Malicious Injury))**

9    109.    The Defendant incorporates each and every response contained in paragraphs 1

10    through 67, inclusive, as though fully set forth herein.

11    110.    The Defendant admits the allegations contained in paragraph 110 of the Complaint.

12    111.    The Defendant lacks sufficient information to form a belief as to the truth or falsity

13    of the allegations contained in paragraph 111, which are therefore denied.

14    112.    The Defendant lacks sufficient information to form a belief as to the truth or falsity

15    of the allegations contained in paragraph 112, which are therefore denied.

16    113.    The Defendant lacks sufficient information to form a belief as to the truth or falsity

17    of the allegations contained in paragraph 113, which are therefore denied.

18    114.    The Defendant lacks sufficient information to form a belief as to the truth or falsity

19    of the allegations contained in paragraph 114, which are therefore denied.

20    **FIRST AFFIRMATIVE DEFENSE**

21    The Complaint fails to state a claim for which relief can be granted.

22    **SECOND AFFIRMATIVE DEFENSE**

23    As a separate and affirmative defense, Defendant is informed and believes and on that

24    basis avers that Plaintiff and each person whose rights it purports to assert have unclean hands,

25    and Plaintiff accordingly is barred from relief against Defendant for any reason stated in the

26    Complaint or any purported Claim for Relief therein.

27    **THIRD AFFIRMATIVE DEFENSE**

28    As a separate and affirmative defense, Defendant avers that the Complaint, and each

9

1  purported Claim for Relief therein, is uncertain, ambiguous and unintelligible.

2  <center>**FOURTH AFFIRMATIVE DEFENSE**</center>

3  As a separate and affirmative defense, Defendant is informed and believes and on that

4  basis avers that all equitable relief sought in the Complaint, and each purported Claim for Relief

5  therein, is barred by laches.

6  <center>**FIFTH AFFIRMATIVE DEFENSE**</center>

7  As a separate and affirmative defense, Defendant is informed and believes and on that

8  basis avers that Plaintiff and each person whose rights it purports to assert are estopped from

9  asserting each and every purported Claim for Relief in the Complaint, or from seeking any relief

10  thereby.

11  <center>**SIXTH AFFIRMATIVE DEFENSE**</center>

12  As a separate and affirmative defense, Defendant is informed and believes and on that

13  basis avers that Plaintiff and each person whose rights it purports to assert have waived any and all

14  right to relief against Defendant for any reason stated in the Complaint or any purported Claim for

15  Relief therein and that the claims contained in the Complaint are subject to setoff and/or

16  recoupment.

17  <center>**SEVENTH AFFIRMATIVE DEFENSE**</center>

18  As a separate and affirmative defense to each and every cause of action of the Complaint,

19  Defendants allege that Plaintiff is barred from recovery against Defendants, in whole or in part,

20  because Plaintiff has failed to satisfy conditions or obligations precedent to Defendants'

21  performance of the contract or contracts.

22  <center>**EIGHTH AFFIRMATIVE DEFENSE**</center>

23

24  As a separate and affirmative defense to each and every cause of action of the Complaint,

   Defendants allege that Plaintiff's claims are barred by the doctrine of release and waiver.

25  <center>**NINTH AFFIRMATIVE DEFENSE**</center>

26  As a separate and affirmative defense to each and every cause of action of the Complaint,

27  Defendants allege that Plaintiff's claims are barred by the doctrine of equitable estoppel.

28

<center>10</center>
<center>**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**</center>

1    **TENTH AFFIRMATIVE DEFENSE**

2    As a fifth separate and affirmative defense to each and every cause of action of the

3    Complaint, Defendants allege that Plaintiff's claims are barred or reduced by their failure to

4    mitigate their damages.

5    **ELEVENTH AFFIRMATIVE DEFENSE**

6    As a separate and affirmative defense to each and every cause of action of the Complaint,

7    Defendants allege that Plaintiff's claims are barred because Plaintiff's consented to Defendant's

8    actions.

9    **TWELFTH AFFIRMATIVE DEFENSE**

10    Defendants reserve their rights to assert additional defenses as and when they learn of all

11    the claims asserted against them, whether submitted or not, and as their discovery and

12    investigation continues.

13    **WHEREFORE**, Defendant, respectfully requests an entry of order.

14    • Dismissing the Complaint with prejudice;

15    • Entitling Defendant to recover the costs incurred in defending this action,

16    including attorney's fees; and

17    • Granting such other and further relief as this Court deems just and proper.

18    DATED: August 14, 2023              KOGAN LAW FIRM, APC
                                          Michael S. Kogan
19

20
                                  By:   /s/Michael S. Kogan
21                                      Michael S. Kogan
                                        Attorneys for Defendant
22

23

24

25

26

27

28

11

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

| | |
|---|---|
| In re: LESLIE KLEIN<br><br>                    Debtor(s).<br><br>Jeffrey Siegel, *Successor Trustee, Scott Trust Agreement dated December 24, 1992*<br>v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br><br>Adv. No. 2:23-ap-01154-SK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document described as **ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 14, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

                                         ☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 14, 2023,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                         ☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

                                        ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **August 14, 2023** | Pamela Lynn | /s/*Pamela Lynn* |
| *Date* | *Type Name* | *Signature* |

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**

| In re: LESLIE KLEIN<br><br>Debtor(s).<br><br>Jeffrey Siegel, *Successor Trustee, Scott Trust Agreement dated December 24, 1992*<br>v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br><br>Adv. No. 2:23-ap-01154-SK |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

      Steven M Mayer (PL)  smayer@mayerlawla.com
      Nathan Talei (PL) ntalei@oclslaw.com
      Eric J Olson eric@EJOlsonLaw.com
      Michael I. Gottfried (IP) mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
      Nikko Salvatore Stevens (IP) nikko@cym.law, mandi@cym.law
      United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
      Clarisse Young (IP) youngshumaker@smcounsel.com, levern@smcounsel.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St. #1582
Los Angeles, CA 90012

**ANSWER TO COMPLAINT TO DENY  DISCHARGE OF DEBT AND DENIAL OF DISCHARGE**