| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN M. MAYER, ESQ. (Bar No. 170548)<br>MAYER LAW GROUP, A.P.C.<br>16133 Ventura Blvd., PH-A, Encino, CA 91436<br>Tel 818-528-2858 \| Fax 818-514-2728<br>Email smayer@MayerLawLA.com<br>--<br>NATHAN TALEI, ESQ. (Bar No. 281498)<br>OLDMAN, SALLUS & GOLD, L.L.P.<br>16133 Ventura Blvd., PH-A, Encino, CA 91436<br>Tel 818-986-8080 \| Fax 818-789-0947<br>Email ntalei@oclslaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff J. SIEGEL, TRUSTEE | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN<br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br><br>ADVERSARY NO.: 2:23-ap-01154-SK<br><br>CHAPTER: 11 |
|---|---|
| JEFFREY SIEGEL, SUCCESSOR TRUSTEE, SCOTT TRUST AGREEMENT DATED DECEMBER 24, 1992<br><br><br>Plaintiff(s).<br>vs.<br>LESLIE KLEIN<br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 12/20/2023<br>TIME: 9:00 a.m.<br>COURTROOM: 1575<br>ADDRESS: U.S. Bankruptcy Court<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 1                              F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>
   See Section G. Unknown at this time. Defendant is pro se and interested in early settlement. If not settled, Plaintiff to seek relief from stay to finish state court trial

   <u>Defendant</u>
   Defendant wants to settle.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>
   See Section G. Unknown at this time. Defendant is pro se and interested in early settlement. If not settled, Plaintiff to seek relief from stay to finish state court trial

   <u>Defendant</u>
   Defendant wants to settle.

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>
   Unknown at this time for above reasons.

   <u>Defendant</u>
   Unknown at this time for above reasons.

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>
   Unknown at this time for above reasons.

   <u>Defendant</u>
   Unknown at this time for above reasons.

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>
   Unknown at this time for reasons in Section G, below.

   <u>Defendant</u>
   Unknown at this time.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>
   Unknown at this time for reasons in Section G, below.

   <u>Defendant</u>
   Unknown at this time.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time for reasons in Section G, below. | Unknown at this time. |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) 05/01/2024 | (*date*) 05/01/2024 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   At prior status conference, Defendant expressed interest in early settlement. Plaintiff is agreeable to exploring that possiblity. Defendant would like to explore mediation, preferably with a bankruptcy judge.

2. Has this dispute been formally mediated?   ☐ Yes   ☒ No
   If so, when?
   This adversary matter has not been formally mediated. There was a mediation in the state court case approx. one year ago or more, prior to the filing of the underlying bankruptcy case and this adversary matter.

3. Do you want this matter sent to mediation at this time?

   | Plaintiff | Defendant |
   |---|---|
   | ☒ Yes  ☐ No | ☒ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 3                              F 7016-1.STATUS.REPORT

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

This matter relates to a pending state court proceeding. The underlying bankruptcy case was filed shortly before the last day of a multi-day trial. If there is not an early resolution, Plaintiff intends to file a Relief Motion for permission to complete the state court trial, followed by a Motion for Summary Judgment/Adjudication in this Court on the non-dischargeability issues.

At the prior status conference, the parties expressed interest in exploring the possibility of early settlement. At that time, Mr. Klein represented that he was talking with prospective new counsel, who was out of the country but returning end of October/early November. Defendant is still pro se but expects that will change prior to the status conference.

The parties' recommendation is that the Court: (a) continue the status conference to allow sufficient time for (i) settlement discussions and/or court ordered mediation, and (ii) if not settled, the filing and hearing on a Relief Motion, and, if granted, for the conclusion of the state court trial; and (b) after entry of a final state court judgment, set a briefing schedule to address the non-dischargeability issues. Neither party would be prejudiced by this recommendation.

Respectfully submitted,

Date: 12/5/2023

Mayer Law Group, A.P.C.
Printed name of law firm

*/s/ S. M. Mayer/*
Signature

Steven M. Mayer
Printed name

Attorney for: Plaintiff

Date: 12/05/2023

_____
Printed name of law firm

_____
Signature

Leslie Klein
Printed name

Attorney for: Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

## A. TRIAL JURISDICTION

Any party who contests this bankruptcy court's authority to enter a final judgment must so indicate in the space provided below. This will require the bankruptcy judge to submit proposed findings of fact and conclusions of law to the district court.

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment in this adversary proceeding.

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment in this adversary proceeding.

## B. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL (Use additional pages if necessary)

This matter relates to a pending state court proceeding. The underlying bankruptcy case was filed shortly before the last day of a multi-day trial. It is such is not an early resolution, Plaintiff expects to file a Relief Motion for permission to complete the state court trial, followed by a Motion for Summary Judgment/Adjudication in this Court on the claim/dischargeability issues.

At the prior status conferences, the parties expressed interest in exploring the possibility of early settlement. At that time, Mr. Klein represented that he was talking with prospective new counsel, who was out of the country but returning end of October/early November. Defendant is still pro se but expects that will change prior to the status conference.

The parties' recommendation is that the Court: (a) continue the status conference to allow sufficient time for (i) settlement discussions and/or court ordered mediation, and (ii) if not settled, the filing and hearing on a Relief Motion, and, if granted, for the conclusion of the state court trial, and (b) after entry of a final state court judgment, set a briefing schedule to address the non-dischargeability issues. Neither party would be prejudiced by this recommendation.

Respectfully submitted,

Date: _____

Mayer Law Group, A.P.C.
Printed name of law firm

_____
Signature

Steven M. Mayer
Printed name

Attorney for: Plaintiff

Date: 12/05/2023

_____
Printed name of law firm

_/s/ Leslie Klein_____
Signature

Leslie Klein
Printed name

Attorney for: Defendant

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

Page 4

F 7016-1.STATUS.REPORT

5

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd., PH-A, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **Joint Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/6/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Interested Paty: Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
Atty for Pltf.:    Steven M Mayer    smayer@mayerlawla.com
Interested Party: Nikko Salvatore Stevens    nikko@cym.law, mandi@cym.law
United States Trustee (LA):    ustpregion16.la.ecf@usdoj.gov
Interested Party: Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/6/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant:
Leslie Klein
322 N. June Street
Los Angeles, CA 90001

Defendant (alt. zip):
Leslie Klein
322 N. June Street
Los Angeles, CA 90004

Judge's Copy:
Hon. Sandra R. Klein
U.S. Bankruptcy Court – Roybal Federal Bldg.
255 E. Temple St., #1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/6/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Plaintiff's co-counsel (via personal delivery):
Nathan Talei, Esq.
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/6/2023 | Steven M. Mayer, Esq. | /s/ M. Mayer |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
December 2015    Page 5    F7016-1.STATUS.REPORT

6