| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN M. MAYER, ESQ. (Bar No. 170548)<br>MAYER LAW GROUP, A.P.C.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 528-2858<br>Facsimile: (818) 514-2728<br>smayer@MayerLawLA.com<br><br>NATHAN TALEI, ESQ. (Bar No. 281498)<br>OLDMAN, SALLUS & GOLD, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 986-8080<br>Facsimile: (818) 789-0947<br>ntalei@oclslaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff JEFFREY SIEGEL, Successor Trustee, Scott Trust Agreement dated December 24, 1992 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _LOS ANGELES_ DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-ap-01154-SK |
|---|---|
| JEFFREY SIEGEL,<br>Successor Trustee, Scott Trust Agreement dated December 24, 1992,<br><br>Plaintiff(s),<br><br>vs.<br><br>LESLIE KLEIN,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4) |

PLEASE TAKE NOTE that the order or judgment titled "STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)"
was lodged on (*date*) December 21, 2023 and is attached. This order relates to the motion which is docket number 21.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.ADV.NOTICE.LODGMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN M. MAYER, ESQ. (Bar No. 170548)<br>MAYER LAW GROUP, A.P.C.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 528-2858<br>Facsimile: (818) 514-2728<br>smayer@MayerLawLA.com<br><br>NATHAN TALEI, ESQ. (Bar No. 281498)<br>OLDMAN, SALLUS & GOLD, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 986-8080<br>Facsimile: (818) 789-0947<br>ntalei@oclslaw.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for: Plaintiff JEFFREY SIEGEL, Successor Trustee, Scott Trust Agreement dated December 24, 1992 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -_LOS ANGELES_ DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br>Debtor(s)<br><br>JEFFREY SIEGEL, SUCCESSOR TRUSTEE, SCOTT TRUST AGREEMENT DATED DECEMBER 24, 1992,<br><br>Plaintiff(s)<br>vs.<br><br>LESLIE KLEIN,<br><br>Defendant(s) | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO: 2:23-ap-01154-SK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: December 20, 2023<br>TIME: 9:00 a.m.<br>COURTROOM: 1575<br>ADDRESS: U.S. Bankruptcy Court<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☒ Continued to the following date for a further status conference: (date) **Apr. 17, 2024** (time) **9:00 a.m.**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014 | Page 1 | F 7016-1.2.ORDER.STATUS.CONF

b. ☒ A joint status report must be filed and served, including a judge's copy, by (date): **Apr. 3, 2024**

c. ☐ The last day to join other parties and to amend pleadings is (specify date): _____

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (date): _____

e. ☐ The last date for pre-trial motions to be heard is (date): _____

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is (date): _____

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (date) _____ (time) _____
☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for (date) _____ (time) _____
☐ No pre-trial conference is required

i. ☐ Estimate of time for trial (specify number of hours): _____

j. ☐ A trial is set for (date) _____ (time) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (specify):

This adversary matter is hereby ordered and assigned to mediation, with the following dates and deadlines:

(i) The within scheduling order is to be submitted by **December 22, 2023, at 5:00 p.m.**;

(ii) The last day for the parties to meet and confer for selection of the mediator is **February 3, 2024**;

(iii) Plaintiff's counsel is to contact the mediator for scheduling of the mediation by **February 10, 2024**;

(iv) The first mediation session is to be completed by **March 10, 2024**; and

(v) as indicated in section 3(a) and (b), above, a continued Status Conference in this matter is scheduled for **April 17, 2024, at 9:00 a.m., with a Joint Status Report to be filed and served by April 3, 2024.**

###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014 — Page 2 — F 7016-1.2.ORDER.STATUS.CONF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd., PH-A, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 12/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Interested Paty: Michael I. Gottfried — mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
Atty for Pltf.: Steven M Mayer — smayer@mayerlawla.com
Interested Party: Nikko Salvatore Stevens — nikko@cym.law, mandi@cym.law
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Interested Party: Clarisse Young — youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 12/21/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant:
Leslie Klein
322 N. June Street
Los Angeles, CA 90001

Defendant (alt. zip):
Leslie Klein
322 N. June Street
Los Angeles, CA 90004

Judge's Copy:
Hon. Sandra R. Klein
U.S. Bankruptcy Court – Roybal Federal Bldg.
255 E. Temple St., #1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 12/21/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Plaintiff's co-counsel (via personal delivery):
Nathan Talei, Esq.
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/21/2023 | Steven M. Mayer | /s/ M. Mayer |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT