| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN M. MAYER, ESQ. (Bar No. 170548)<br>MAYER LAW GROUP, A.P.C.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 528-2858<br>Facsimile: (818) 514-2728<br>smayer@MayerLawLA.com<br><br>NATHAN TALEI, ESQ. (Bar No. 281498)<br>OLDMAN, SALLUS & GOLD, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 986-8080<br>Facsimile: (818) 789-0947<br>ntalei@oclslaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff JEFFREY SIEGEL, Successor Trustee, Scott Trust Agreement dated December 24, 1992 | <br>**FILED & ENTERED**<br>**DEC 21 2023**<br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** may    **DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION

| In re:<br><br>LESLIE KLEIN,<br><br>                                       Debtor(s)<br><br>JEFFREY SIEGEL, SUCCESSOR TRUSTEE, SCOTT TRUST AGREEMENT DATED DECEMBER 24, 1992,<br><br>                                       Plaintiff(s)<br>vs.<br><br>LESLIE KLEIN,<br><br>                                       Defendant(s) | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO: 2:23-ap-01154-SK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: December 20, 2023<br>TIME: 9:00 a.m.<br>COURTROOM: 1575<br>ADDRESS:  U.S. Bankruptcy Court<br>                 255 E. Temple St.<br>                 Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                           Page 1                                    F 7016-1.2.ORDER.STATUS.CONF

3. This matter is disposed of as follows:

- a. ☒ Continued to the following date for a further status conference: (*date*) **Apr. 17, 2024** (*time*) **9:00 a.m.**
- b. ☒ A joint status report must be filed and served, including a judge's copy, by (*date*):**Apr. 3, 2024**
- c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____
- d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____
- e. ☐ The last date for pre-trial motions to be heard is (*date*): _____
- f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): _____
- g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____
  ☐ No pre-trial stipulation or pre-trial order is required
- h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____
  ☐ No pre-trial conference is required
- i. ☐ Estimate of time for trial *(specify number of hours)*: _____
- j. ☐ A trial is set for (*date*) _____ (*time*) _____
- k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
  ☐ with prejudice    ☐ without prejudice
- l. ☐ Notice of next status conference or pre-trial conference date is waived
- m. ☒ Other (*specify*):

    This adversary matter is hereby ordered and assigned to mediation, with the following dates and deadlines:

    (i) The within scheduling order is to be submitted by **December 22, 2023, at 5:00 p.m.**;

    (ii) The last day for the parties to meet and confer for selection of the mediator is **February 3, 2024**;

    (iii) Plaintiff's counsel is to contact the mediator for scheduling of the mediation by **February 10, 2024**;

    (iv) The first mediation session is to be completed by **March 10, 2024**; and

    (v) as indicated in section 3(a) and (b), above, a continued Status Conference in this matter is scheduled for **April 17, 2024, at 9:00 a.m., with a Joint Status Report to be filed and served by April 3, 2024.**

###

Date: December 21, 2023

Sandra R. Klein
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**