United States Bankruptcy Court

Central District of California

Siegel,

    Plaintiff                                                                                          Adv. Proc. No. 23-01154-SK

Klein,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2023 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Nathan Talei, Oldman, Sallus & Gold, L.L.P., 16133 Ventura Blvd., PH-A, Encino, CA 91436-2447 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| pla | | Jeffrey Siegel |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Nikko Salvatore Stevens | on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law |

District/off: 0973-2                    User: admin                                    Page 2 of 2
Date Rcvd: Dec 21, 2023                 Form ID: pdf031                              Total Noticed: 2

Steven M Mayer
            on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

United States Trustee (LA)
            ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN M. MAYER, ESQ. (Bar No. 170548)<br>MAYER LAW GROUP, A.P.C.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 528-2858<br>Facsimile: (818) 514-2728<br>smayer@MayerLawLA.com<br><br>NATHAN TALEI, ESQ. (Bar No. 281498)<br>OLDMAN, SALLUS & GOLD, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, California 91436<br>Telephone: (818) 986-8080<br>Facsimile: (818) 789-0947<br>ntalei@oclslaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff JEFFREY SIEGEL, Successor Trustee, Scott Trust Agreement dated December 24, 1992 | **FILED & ENTERED**<br><br>**DEC 21 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY may        DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br>                                    Debtor(s)<br><br><br>JEFFREY SIEGEL, SUCCESSOR TRUSTEE, SCOTT TRUST AGREEMENT DATED DECEMBER 24, 1992,<br><br><br><br>                                    Plaintiff(s)<br><br>                vs.<br><br><br>LESLIE KLEIN,<br><br><br><br>                                    Defendant(s) | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>ADVERSARY NO: 2:23-ap-01154-SK |
|---|---|
|  | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** |
|  | DATE: December 20, 2023<br>TIME:  9:00 a.m.<br>COURTROOM: 1575<br>ADDRESS:  U.S. Bankruptcy Court<br>                 255 E. Temple St.<br>                 Los Angeles, CA 90012 |

1.   A status conference took place on the date and time indicated above.

2.   Parties and counsel were present as reflected in the court record.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3. This matter is disposed of as follows:

a. ☒ Continued to the following date for a further status conference: *(date)* **Apr. 17, 2024** *(time)* **9:00 a.m.**

b. ☒ A joint status report must be filed and served, including a judge's copy, by *(date)*:**Apr. 3, 2024**

c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)* _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*:

   This adversary matter is hereby ordered and assigned to mediation, with the following dates and deadlines:

   (i) The within scheduling order is to be submitted by **December 22, 2023, at 5:00 p.m.**;

   (ii) The last day for the parties to meet and confer for selection of the mediator is **February 3, 2024**;

   (iii) Plaintiff's counsel is to contact the mediator for scheduling of the mediation by **February 10, 2024**;

   (iv) The first mediation session is to be completed by **March 10, 2024**; and

   (v) as indicated in section 3(a) and (b), above, a continued Status Conference in this matter is scheduled
   for **April 17, 2024, at 9:00 a.m., with a Joint Status Report to be filed and served by April 3, 2024.**

###

Date: December 21, 2023

Sandra R. Klein
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 2                    F 7016-1.2.ORDER.STATUS.CONF